UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| NATHAN ROGERS, | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 12-130-ART |
| v. | ) ) ) | **ORDER** |
| KEY 2 RECOVERY, INC., | ) ) ) | |
| Defendant. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff Nathan Rogers has filed a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). R. 7. However, dismissal under that provision is not available. The defendant has already filed its answer, R. 4, and Roger's notice does not include a stipulation of dismissal signed by both parties, *see* R. 7; *see also* Fed. R. Civ. P. 41(a)(1)(A) (allowing dismissal: (i) "before the opposing party serves either an answer or a motion for summary judgment" or (ii) with "a stipulation of dismissal signed by all parties who have appeared").

The proper provision to resolve the plaintiff's motion is Federal Rule of Civil Procedure 41(a)(2). It provides that a court may dismiss an action "at the plaintiff's request . . . on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). The decision to do so is within the sound discretion of the district court. *Banque de Depots v. National Bank of Detroit*, 491 F.2d 753, 757 (6th Cir. 1974). Here, the defendant has not pleaded a counterclaim or objected to the plaintiff's motion. *See* Fed. R. Civ. P. 41(a)(2). Nor has the defendant taken any other action that suggests it might "suffer 'plain legal prejudice'" from a

dismissal of this case. *Grover by Grover v. Eli Lilly & Co.*, 33 F.3d 716, 718 (6th Cir. 1994) (quoting *Cone v. West Virginia Pulp & Paper Co.*, 330 U.S. 212, 217 (1947)). Indeed, discovery has not even begun. Given how little action has occurred in the litigation, there is no plain legal prejudice to the defendant if this matter is voluntarily dismissed without prejudice. Furthermore, given the early stages of the litigation, no other terms need be imposed for the dismissal to be proper. *See* Fed. R. Civ. P. 41(a)(2).

Accordingly, it is **ORDERED** that the plaintiff's motion, R. 7, is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). All pending motions are **DENIED AS MOOT**. The Clerk shall **STRIKE** this case from the Court's active docket.

This the 25th day of February, 2013.

Signed By:
**Amul R. Thapar** AT
United States District Judge